B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Larry Michael Krause** Debtor(s) — Case No. **10-55572**, Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **AMERICAS SERVICING COMPANY** | **DEBTORS RESIDENCE<br>13445 BAINBRIDGE<br>WARREN, MI 48089<br>SEV=32,660<br>PAYMENT 1=$740.49<br>PAYMENT 2=$106.73** |

Property will be (check one):
- ☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt ☐ Not claimed as exempt

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **CITY OF WARREN** | **DEBTORS RESIDENCE<br>13445 BAINBRIDGE<br>WARREN, MI 48089<br>SEV=32,660<br>PAYMENT 1=$740.49<br>PAYMENT 2=$106.73** |

Property will be (check one):
- ☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt ☐ Not claimed as exempt

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

Property No. 3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **EMC MORTGAGE** | **DEBTORS RESIDENCE**<br>**13445 BAINBRIDGE**<br>**WARREN, MI 48089**<br>**SEV=32,660**<br>**PAYMENT 1=$740.49**<br>**PAYMENT 2=$106.73** |

Property will be (check one):

☐ Surrendered ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt ☐ Not claimed as exempt

Property No. 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **HSBC/RS** | **COUCH, LOVESEAT, CHAIR**<br>**PAYMENT=$30.00**<br>****SURRENDER**** |

Property will be (check one):

■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt ☐ Not claimed as exempt

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**WFCB/GARDNERWHITEFURNITURE** | **Describe Property Securing Debt:**<br>**COUCH, LOVESEAT, CHAIR**<br>**PAYMENT=$35.00**<br>****SURRENDER**** |

Property will be (check one):

■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**SPRINT** | **Describe Leased Property:**<br>**ACCT 301809016**<br>**MOBILE PHONE CONTRACT**<br>**ASSUME** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 24, 2010**

Signature **/s/ Larry Michael Krause**
**Larry Michael Krause**
Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy